UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| QFO Labs, Inc., | File No. 17-cv-5011 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Best Buy Stores, L.P., Bestbuy.com, LLC; and Best Buy Texas.com, LLC, | |
| Defendants. | |

Based on the stipulation of dismissal with prejudice filed by the parties, ECF No. 69, **IT IS ORDERED** that this action is **DISMISSED** with prejudice and without costs to any party.

Dated:  September 14, 2022             s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court